**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**WILMER LINAREZ-PEREZ**,

*Petitioner*,

v.

**J.L. JAMISON,** *et al.*,

*Respondents.*

**Case No. 2:26-cv-08063-JDW**

# ORDER

**AND NOW**, this 27th day of October, 2026, upon consideration of Petitioner Wilmer Linarez-Perez's Petition For Writ Of Habeas Corpus (ECF No. 1), and the Government's Answer (ECF No. 4), and for substantially the same reasons stated in Sections III.B and III.C of my Memorandum And Opinion issued in *Basboga v. Jamison*, *et al.*, No 2:26-cv-06694-JDW, 2026 WL 3033623 (E.D. Pa. Oct. 9, 2026), it is **ORDERED** as follows:

1. Mr. Linarez-Perez's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. The Government shall **RELEASE** Mr. Linarez-Perez from custody immediately and certify compliance with this Order by filing on the docket no later than 12:00 p.m. ET on October 28, 2026; and

3. If the Government chooses to pursue re-detention of Mr. Linarez-Perez pursuant to 8 U.S.C. § 1226(a), then it must provide him with an individualized custody determination.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.